United States Court of Appeals
Fifth Circuit

**F I L E D**

June 17, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————————

No. 02-21209
Summary Calendar

————————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHARLES EDWARD LAUDERDALE

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-890-ALL
--------------------

Before KING, Chief Judge, and WIENER and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Charles Edward Lauderdale has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Lauderdale has not filed a response to counsel's motion. Our independent review of the record and counsel's brief discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.